UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Rodney Neil Sansbury, #280956,      ) | |
| ) | C/A No. 3:07-cv-00383-GRA |
| Plaintiff,      ) | |
| ) | |
| v.      ) | **ORDER** |
| ) | (Written Opinion) |
| Jon E. Ozmit, Director SCDC; and      ) | |
| Bernard McKie, Warden KCI,      ) | |
| ) | |
| Defendants.      ) | |
| ) | |

This matter comes before the Court for review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1) and Local Rule 73.02(B)(2)(e), D.S.C., and filed on February 16, 2007. Plaintiff filed this action on February 7, 2007, pursuant to 42 U.S.C. § 1983. However, Plaintiff failed to exhaust his administrative remedies at the state level before bringing this suit in federal court, as required by The Prison Litigation Reform Act, 42 U.S.C. § 1997(e). Therefore, the magistrate recommends dismissing this case *without prejudice* and without issuance and service of process.

Plaintiff brings this claim *pro se*. This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow

1

for the development of a potentially meritorious claim. *Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id*. In the absence of specific objections to the Report and Recommendation, this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th. Cir. 1983). Plaintiff has filed no objections.

After a review of the record, this Court finds that the magistrate's Report and Recommendation accurately summarizes this case and the applicable law. Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that Plaintiff's complaint be DISMISSED *without prejudice* and without issuance and service of process.

IT IS SO ORDERED.

[SIGNATURE PAGE TO FOLLOW]

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

March 16, 2007
Anderson, South Carolina

## NOTICE OF RIGHT TO APPEAL

Petitioner has the right to appeal this Order within thirty (30) days from the date of the entry of this Order, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified by Rule 4 of the Federal Rules of Appellate Procedure, will waive the right to appeal.

3